IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

SEP 2 8 2016

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–12–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA PAUL THURNER, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for
Preliminary Order of Forfeiture. (Doc. 25.) Defendant Joshua Paul Thurner
("Thurner") appeared before the Court on September 15, 2016, and entered a plea
of guilty to the Indictment. He also admitted the forfeiture allegation. Thurner's
plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to
18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED:

THAT Thurner's interest in the following property is forfeited to the United States
in accordance with 18 U.S.C. § 924(d):

1) Smith & Wesson .223 caliber semi-automatic rifle (serial number
SP94418);

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

Dated this 28th day of September, 2016.

Dana L. Christensen, Chief District Judge
United States District Court